**Harry HALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 85272.**

Missouri Court of Appeals,
Eastern District,
Division Two.

July 5, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 4, 2005.

Kristina Starke, Assistant Public Defender, St. Louis, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

### *ORDER*

PER CURIAM.

Harry Hall ("Movant") was convicted of one count of attempted armed robbery in the first degree, one count of burglary in the first degree and one count of armed criminal action. Movant was sentenced to three concurrent terms of fifteen years imprisonment. Movant filed a direct appeal and this Court affirmed Movant's conviction in *State v. Hall*, 81 S.W.3d 577 (Mo.App. E.D.2002). Movant now appeals from the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. *Helmig v. State*, 42 S.W.3d 658, 665–66 (Mo.App. E.D.2001). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the award pursuant to Rule 84.16(b).